**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2081**

_____

FATEMEH NAJAFIAN,

            Debtor - Appellant,

      v.

CHEVY CHASE BANK; CAPITAL ONE N.A.; FANNIE MAE,

            Creditors – Appellees,

KEVIN R MCCARTHY; W. CLARKSON MCDOW, JR., U. S. Trustee,

            Trustees – Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:12-cv-00462-GBL-TCB)

_____

Submitted: December 20, 2012      Decided: December 26, 2012

_____

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Fatemeh Najafian, Appellant Pro Se.  Jeffrey Dean McMahan, Jr., Tennille Jo Checkovich, MCGUIREWOODS, LLP, Richmond, Virginia; Lori Michelle Scott, MCGUIREWOODS, LLP, Tysons Corner, Virginia; Frank J. Bove, Martha Lorene Davis, OFFICE OF THE UNITED STATES TRUSTEE, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fatemeh Najafian appeals the district court's order affirming the bankruptcy court's order dismissing her action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Najafian v. Chevy Chase Bank, No. 1:12-cv-00462-GBL-TCB. (E.D. Va. Mar. 21, 2012; Aug. 21, 2012). We grant Najafian's motion for leave to proceed in forma pauperis and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED